IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Annie Mae Drummond, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 6:07-3683-HMH |
| ) | |
| vs. ) | |
| ) | **OPINION & ORDER** |
| RCG University Division, Inc. d/b/a ) | |
| Renal Care Group Greenville d/b/a ) | |
| RCG Greenville, ) | |
| ) | |
| Defendant. ) | |

　　This matter is before the court on Annie Mae Drummond's ("Drummond") motion to compel pursuant to Rule 37 of the Federal Rules of Civil Procedure. This case arises from Drummond's allegation that she sustained injuries while receiving dialysis treatment from the Defendant. Drummond moves to compel the Defendant to produce three documents, all of which are incident reports created by Wendy Renegar, the clinic manager of the facility where Drummond received dialysis at the time of her alleged injuries. After review of the documents in camera, the court orders the Defendant to produce the three incident reports to Drummond. However, at this time, the court will not rule on the ultimate admissibility of the incident reports at trial. Based on the foregoing, the court grants Drummond's motion to compel.

It is therefore

**ORDERED** that the Plaintiff's motion to compel, docket number 27, is granted.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 10, 2008